United States District Court
Southern District of Texas
**ENTERED**
July 12, 2019
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Eddie Marlow, §
    Plaintiff, §
§
v. §   Civil Action H-18-4862
§
District Attorney's Office, §
    Respondent. §

## Order of Adoption

On June 24, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (43) recommending that the court deny Eddie Marlow's petition. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on July 11, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge